# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAWN T. MCCLINTON, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 1:19-11315-JCB |
| SUFFOLK COUNTY JAIL, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

## ORDER

September 17, 2019

BOAL, U.S.M.J.

Upon review of the plaintiff's amended complaint [ECF No. 10], the Court hereby orders:

1. The clerk shall provide the plaintiff with the form for Consent/Refusal of Magistrate Judge Jurisdiction and the instructions for that form ("consent package").

2. The clerk shall issue summonses as to all defendants except for Suffolk County Jail. Suffolk County Jail is a building and is not a suable entity.

3. The plaintiff is responsible for serving the summonses, amended complaint, consent package, and this order on the defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure.

4. Because the plaintiff is proceeding *in forma pauperis*, he may elect to have service completed by the United States Marshals Service ("USMS"). If the plaintiff chooses to have service completed by the USMS, he shall provide the agency with all papers for service and

a completed USM-285 form for each party to be served. The USMS shall complete service as directed by the plaintiff with all costs of service to be advanced by the United States. The clerk shall provide the plaintiff blank USM-285 forms and instructions for service by the USMS.

5. The plaintiff shall have 90 days from the date of the issuance of the summonses to complete service. Failure to complete service within 90 days may result in dismissal of the action without further notice from the Court. *See* Fed. R. Civ. P. 4(m); Local Rule 4.1 (D. Mass.).

6. The parties shall indicate their consent or refusal to the jurisdiction of the Magistrate Judge by completing and separately filing the form entitled "Notice to Parties in Pro Se Prisoner Litigation Cases." While consent to the final assignment of the case to the magistrate judge is entirely voluntary, <u>and no adverse substantive consequences of any kind will redound to an attorney or party refusing consent</u>, each party must submit the form indicating their consent or refusal to consent within 30 days after the date of service on the last party.

SO ORDERED.

                                           /s/ Jennifer C. Boal
                                           JENNIFER C. BOAL
                                           United States Magistrate Judge